**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| JOSHUA GARCIA, ANDREA P. BRANDT and HOWARD HART, individually and on behalf of all others similarly situated, | ) ) ) | Civil Action No. 1:20-cv-01078 |
| Plaintiffs, | ) ) ) | Hon. Paul L. Maloney |
| v. | ) ) | Mag. Phillip J. Green |
| ALTICOR, INC., THE BOARD OF DIRECTORS OF ALTICOR, INC., THE FIDUCIARY COMMITTEE OF ALTICOR, INC., and JOHN DOES 1-30. | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

## JOINT STIPULATION TO RESET THE PARTIES' SETTLEMENT CONFERENCE FOR THE ORIGINAL DATE OF APRIL 10, 2024

Plaintiffs Joshua Garcia, Andrea P. Brandt, and Howard Hart (collectively, "Plaintiffs") and Defendants Alticor, Inc., the Board of Directors of Alticor, Inc., and the Fiduciary Committee of Alticor, Inc. (collectively "Defendants"), by and through undersigned counsel, hereby stipulate to reset the Parties' Settlement Conference before Judge Phillip Green to April 10, 2024 as contemplated in the Second Amended Case Management Order issued on August 23, 2023. ECF No. 76.

Lead counsel for all Parties will attend in-person. Pursuant to this Court's prior order, Defendants' insurance representative will attend the Settlement Conference via video. *See* ECF No. 105. Plaintiffs Joshua Garcia and Andrea Brandt will attend in person. Plaintiff Howard Hart resides in California and cannot appear in person but is available to attend remotely if permitted by the Court. Additionally, Plaintiffs' counsel has full authority to agree to a settlement should one be reached.

Dated: April 5, 2024

Respectfully submitted:

*/s/ Mark K. Gyandoh*
CAPOZZI ADLER P.C.
Mark K. Gyandoh (PA Bar ID: 88587)
312 Old Lancaster Road
Merion Station, PA 19066
Telephone: (610) 890-0200
Facsimile: (717) 233-4103
Email: markg@capozziadler.com

Donald F. Reavey
2933 North Front Street
Harrisburg, PA 17110
Telephone: (717) 233-4101
Facsimile: (717) 233-4103
Email: donr@capozziadler.com

*Attorneys for Plaintiffs*

*/s/ Stacey C.S. Cerrone*
JACKSON LEWIS P.C.
Stacey C.S. Cerrone
Howard Shapiro
Lindsey H. Chopin
Adam R. Carlisle
601 Poydras Street, Suite 1400
New Orleans, LA 70130
Telephone: (504) 208-1755
Facsimile: (504) 208-1759
Email: Stacey.Cerrone@jacksonlewis.com
       Lindsey.Chopin@jacksonlewis.com
       Adam.Carlisle@jacksonlewis.com

Edward J. Bardelli
WARNER NORCROSS & JUDD LLP
150 Ottawa Avenue NW, Suite 1500
Grand Rapids, MI 49503
Telephone: (616) 752-2165
Facsimile: (616) 752-7500
Email: ebardelli@wnj.com

*Attorneys for Defendants*


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing pleading was

served this 5th day of April 2024 upon the Plaintiffs via the Court's CM/ECF system.

*/s/ Stacey C.S. Cerrone*