IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JOSHUA GARCIA, ANDREA P. BRANDT and HOWARD HART, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALTICOR, INC., THE BOARD OF DIRECTORS OF ALTICOR, INC., THE FIDUCIARY COMMITTEE OF ALTICOR, INC., and JOHN DOES 1-30,<br><br>Defendants. | Civil Action No. 1:20-cv-01078<br>Hon. Paul L. Maloney<br>Mag. Phillip J. Green |

**PLAINTIFFS' RENEWED MOTION FOR
FINAL APPROVAL OF CLASS ACTION SETTLEMENT, CERTIFICATION OF
SETTLEMENT CLASS, AND APPROVAL OF PLAN OF ALLOCATION**

Plaintiffs Joshua Garcia, Andrea P. Brandt, and Howard Hart ("Plaintiffs"), participants in the Amway Retirement Savings Plan (the "Plan"), hereby respectfully move this Court, pursuant to FED. R. CIV. P. 23, for an Order:

1. Granting final approval to the class action settlement in this action on the terms of the Class Action Settlement Agreement ("Settlement Agreement"), fully executed on July 1, 2024, and previously filed with the Court on July 1, 2024 (ECF No. 121-1);

2. Certifying the Class as defined in the July 10, 2024, Preliminary Approval Order (ECF No. 122);

3. Appointing Plaintiffs as Class Representatives and Plaintiffs' Counsel as Class Counsel under FED. R. CIV. 23(g);

4. Finding that the manner in which the Settlement Class was notified of the Settlement was the best practicable under the circumstances and adequately informed the

1

Settlement Class members of the terms of the Settlement, how to lodge an objection and obtain additional information; and

    5.    For such other and further relief as the Court may deem just and proper.

The grounds for this Motion are set forth in the following papers filed contemporaneously herewith:

    1.    Memorandum of Law in support of Plaintiffs' Motion for Final Approval of Class Action Settlement, Certification of Settlement Class, and Approval of Plan of Allocation; and

    2.    Declarations of Plaintiffs' Counsel, Plaintiffs, and Settlement/Notice Administrator.

Attached hereto is the proposed Final Approval Order and Judgment in the form agreed to by the Parties.

Dated:  November 25, 2024            Respectfully submitted,

                                    **CAPOZZI ADLER, P.C.**

*/s/ Mark K. Gyandoh*
Mark K. Gyandoh, Esquire
(admitted *pro hac vice*)
312 Old Lancaster Road
Merion Station, PA 19066
Tel: (610) 890-0200
Fax: (717) 233-4103
Email: markg@capozziadler.com

*Attorneys for Plaintiffs, the Plan and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 25, 2024, a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

                        By:  /s/ *Mark K. Gyandoh*
                              Mark K. Gyandoh, Esq.