# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JOSHUA GARCIA, ANDREA P. BRANDT and HOWARD HART, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALTICOR, INC., THE BOARD OF DIRECTORS OF ALTICOR, INC., THE FIDUCIARY COMMITTEE OF ALTICOR, INC., and JOHN DOES 1-30,<br><br>Defendants. | Civil Action No. 1:20-cv-01078<br>Hon. Paul L. Maloney<br>Mag. Phillip J. Green |

**ORDER AWARDING PLAINTIFFS' COUNSEL ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES AND <u>PLAINTIFFS' CASE CONTRIBUTION AWARDS</u>**

This matter having come before the Court on **November 18, 2024**, on the application of Class Counsel for an award of attorneys' fees and reimbursement of expenses incurred in the Action and for Case Contribution Awards for the Plaintiffs, having considered all papers filed and proceedings conducted herein, having found the settlement for this Action to be fair, reasonable and adequate and otherwise being fully informed in the premises and good cause appearing therefore:

**IT IS HEREBY ORDERED AND ADJUDGED:**

1. All of the capitalized terms used herein shall have the same meanings as set forth in the Class Action Settlement Agreement ("Settlement Agreement") executed on July 1, 2024, and filed with the Court.

2. This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all members of the Settlement Class.

3. Plaintiffs' Class Counsel are hereby awarded attorneys' fees of $503,283.00 and reimbursement of expenses in the sum of $47,285.02 (the "Attorneys' Fees and Expenses"), to be paid from the Gross Settlement Amount.  The Court finds that the amount of fees awarded is appropriate and that the amount of fees awarded are fair and reasonable given the substantial risks of non-recovery, the time and effort involved, and the result obtained for the Settlement Class.

4. Each of the Named Plaintiffs is awarded $10,000 as a Case Contribution Award, as defined in the Settlement Agreement, in recognition of their contributions to this Action.

SO ORDERED this __2nd__ day of _____December_____, 2024.

                                                     /s/ Paul L. Maloney
                                                   Hon. Paul L. Maloney
                                                   United States District Judge